# SCHEDULE A

## SCHEDULE A

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-8022
Owners:  Sylvia Lopez, *et. al.*
Acres:  0.762

**Being** a 0.762 of one acre (33,196 square feet) parcel of land, more or less, being out of Share 3-A, Ventura Vela Survey, Abstract No. 184, Porción 84, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a found 5/8" rebar for the northwest corner of Tract RGV-RGC-8022, said point being at the northwest corner of Share 3-A, the northeast corner of a called 0.950 acre tract described in Final Judgement-Cause No. 2232 recorded in Volume 138, Page 215, Deed Records of Starr County, Texas (Share 2-A) and the northeast corner a called 0.19 acre tract conveyed to Evelyn Garza by Warranty Deed of Gift recorded in Volume 887, Page 643, Official Records of Starr County, Texas (Tract No. Two) and being the same tract conveyed to Alejo Clarke, Jr. by Gift Warranty Deed recorded in Document No. 2020-356372, Official Records of Starr County, Texas, said point being in the south line of a called 3.0966 acre tract conveyed to Tiburcio Rodriguez, Eulogio Rodriguez, Manuel Lopez, Aurora Lopez, Evangelina Rodriguez de Gonzalez, wife of Santana Gonzalez, Manuela Rodriguez de Palmer, wife of William H. Palmer and Azucena Rodriguez Brown, wife of Harden C. Brown by Final Judgement-Cause No. 2232 recorded in Volume 138, Page 215, Deed Records of Starr County, Texas (Share 1-A), being the same tract of land conveyed to Martin George Johnston and Lilia Lopez Johnston by Warranty Deed recorded in Volume 162, Page 472, Deed Records of Starr County, Texas and being the same tract of land conveyed to Alejo Clarke, Jr. by Gift Warranty Deed recorded in Document No. 2020-356371, Official Records of Starr County, Texas, said point having the coordinates of N=16646077.701, E=899756.323, said point bears S 33°37'41" E, a distance of 900.05' from United States Army Corps of Engineers Control Point No. SS12-2019 and S 80°55'47" E, a distance of 140.17' from a found 3/4" rebar at the northwest corner of Share 2-A, the northwest corner of the 0.19 acre tract and a southerly interior corner of Share 1-A;

**Thence:** S 80°55'47" E (S 80°45' E, Record), with the north line of Share 3-A and the south line of Share 1-A, passing at 88.80' the southwest corner of a called 0.1377 acre tract conveyed to Eulogio Rodriguez by Warranty Deed recorded in Volume 363, Page 411, Deed Records of Starr County, Texas, continuing for a total distance of 208.81' to a point for the northeast corner of Tract RGV-RGC-8022, said point being at the northeast corner of Share 3-A, the southeast corner of Share 1-A and the southeast corner of the 0.1377 acre

**SCHEDULE C (Cont.)**

tract, said point being in the east line of Porción 84, the west line of Porción 85 and the west line of a called 1.88 acre tract conveyed to Victor Vincent Vicinaiz and Ileana Thelma Chapa Vicinaiz by Warranty Deed recorded in Volume 678, Page 104, Official Records of Starr County, Texas;

**Thence:** S 08°59'45" W (S 9°15' W, Record), with the east line of Share 3-A, the east line of Porción 84, the west line of Porción 85 and the west line of the 1.88 acre tract, for a distance of 77.31' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8022-3" for an easterly corner of Tract RGVRGC-8022, said point being in the east line of Share 3-A, the east line of Porción 84, the west line of Porción 85 and the west line of the 1.88 acre tract, said point being at the north corner of Tract RGV-RGC-2044;

**Thence:** departing the west line of the 1.88 acre tract and the west line of Porción 85, over and across Share 3-A, with the northwesterly lines of Tract RGV-RGC-2044, the following courses and distances:

• S 50°53'05" W, for a distance of 51.05' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8022-4" for angle in the southeast line of Tract RGV-RGC-8022;

• S 28°47'09" W, for a distance of 78.80' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8022-5" for the south corner of Tract RGV-RGC-8022, said point being in the northwest line of Tract RGV-RGC-2044;

• N 69°25'12" W, departing the northwest line of Tract RGV-RGC-2044, for a distance of 151.34' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8021-3=8022-6" for the southwest corner of Tract RGV-RGC-8022, said point being in the west line of Share 3-A, the east line of Share 2-A and the east line of a called 0.76 acre tract conveyed to Leticia Larson by Warranty Deed recorded in Volume 668, Page 736, Official Records of Starr County, Texas;

**Thence:** N 09°04'13" E (N 9°15' E, Record), with the west line of Share 3-A, the east line of the 0.76 acre tract and the east line of Share 2-A, passing at 90.94' the northeast corner of the 0.76 acre tract and the southeast corner of the 0.19 acre tract, continuing for a total distance of 159.34' to the **Point of Beginning**.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



# SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC—BEARING | REC—DISTANCE |
|---|---|---|---|---|
| L1 | S 80°55'47" E | 208.81' | S 80°45' E | 208.33' |
| L2 | S 08°59'45" W | 77.31' | S 9°15' W | N/A |
| L3 | S 50°53'05" W | 51.05' | N/A | N/A |
| L4 | S 28°47'09" W | 78.80' | N/A | N/A |
| L5 | N 69°25'12" W | 151.34' | N/A | N/A |
| L6 | N 09°04'13" E | 159.34' | N 9°15' E | N/A |
| L7 | S 80°55'47" E | 140.17' | S 80°45' E | 138.89' |
| L8 | S 33°37'41" E | 900.05' | N/A | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16646077.701 | 899756.323 | RGV—RGC—8022—1=8054—2 |
| 2 | 16646044.782 | 899962.526 | RGV—RGC—8019—5=8022—2 |
| 3 | 16645968.423 | 899950.438 | RGV—RGC—8022—3 |
| 4 | 16645936.216 | 899910.828 | RGV—RGC—8022—4 |
| 5 | 16645867.158 | 899872.885 | RGV—RGC—8022—5 |
| 6 | 16645920.356 | 899731.204 | RGV—RGC—8021—3=8022—6 |



### LEGEND

- ● 5/8" REBAR W/ "MDS" CAP FOUND
- ○ CALCULATED POINT
- △ CONTROL POINT
- ⊙ FOUND MONUMENT
- DRSC — DEED RECORDS OF STARR COUNTY
- IRF — IRON ROD FOUND
- ORSC — OFFICIAL RECORDS OF STARR COUNTY
- PG — PAGE
- POB — POINT OF BEGINNING
- VOL — VOLUME

- ————————— ACQUISITION BOUNDARY
- ———— P L ———— PROPERTY LINE
- —··—··—··— ADJOINING ACQUISITION BOUNDARY
- — O —— O —— CHAIN LINK FENCE
- — X —— X — WIRE FENCE
- (#) SEE SHEET 5

### NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
7. TITLE RESEARCH WAS PROVIDED BY CRB—PLS, LLC (DATED JUNE 23, 2023).

### GRANTORS:

SYLVIA LOPEZ, REBECCA V. MONTALVO, THE UNKNOWN HEIRS OF VICTOR VALADEZ, OSCAR R. VALADEZ, INDEPENDENT EXECUTOR OF THE ESTATE OF VENTURA S. VALADEZ, THE UNKNOWN HEIRS OF FIDELA VALADEZ ALANIZ, EMMA LINDA FALCON, ERIKA CLAIRE, THE UNKNOWN HEIRS OF ENCARNACION VALADEZ, GUSTAVO VALADEZ, JR., DIANA S. VALADEZ, ARMANDO VALADEZ, JR., EDWARD VALADEZ, JERRY VALADEZ & BRENDA VALADEZ.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019800
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1616

| | | |
|---|---|---|
| Drawing Ref. SHEET 4 OF 6 No. | **METES & BOUNDS SURVEY** **SYLVIA LOPEZ, ET AL** **TRACT No. RGV-RGC-8022** | |
| | STARR COUNTY                    TEXAS | |

| Mark | Description | Date | Appl |
|---|---|---|---|
| 1 | Add PE225 Easement | 8/21/20 | |
| 2 | Boundary revision | 8/24/20 | |
| 3 | Owner revision | 2/1/24 | |
| 4 | Owner revision | 2/2/24 | |

CONTRACT NO.:W9127S-14-D-0013
T.O.: W9127S-18-F-0139

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 1/24 |
| Checked | LMK | 1/24 |
| Surveyor | JDB | 1/24 |
| Fld.Bk. # | 18SBBS-T4-B8 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942





**B&F ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-8859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 23-800-00     FILE NAME: RGV-RGC-8022     DATE: 2/2/2024

## SCHEDULE D (Cont.)

(1)
SYLVIA LOPEZ
CALLED 1.070 ACRE
WARRANTY DEED W/
VENDOR'S LIEN
VOL. 886, PG. 518 ORSC
(SECOND TRACT)

GUSTAVO VALADEZ, JR., ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 666, PG. 647 ORSC

OSCAR R. VALADEZ,
EXECUTOR & TRUSTEE
PROBATE
CAUSE NO. 11,201
VOL. 406, PG. 454 ORSC

REBECCA VALADEZ MONTALVO
DEED OF GIFT
VOL. 391, PG. 787 DRSC

VICTOR VALADEZ, ET AL
FINAL JUDGEMENT
CAUSE No. 2232
VOL. 138, PG. 215 DRSC
(SHARE 3—A)

ARMANDO VALADEZ, JR., ET AL
AFFIDAVIT OF FACTS
CONCERNING THE IDENTITY
OF HEIRS
DOC. NO. 2021—362915 ORSC

(4)
LETICIA LARSON
CALLED 0.76 ACRE
WARRANTY DEED
VOL. 668, PG. 736 ORSC

(7)
SYLVIA LOPEZ
CALLED 0.19 OF ONE ACRE
WARRANTY DEED W/
VENDOR'S LIEN
VOL. 886, PG. 518 ORSC
(FIRST TRACT)

(10)
TOMAS GARZA
CALLED 0.69 ACRES
FINAL DECREE OF PARTITION
VOL. 227, PG. 85 DRSC
(SHARE 11—A)

(13)
OSCAR GARZA
CALLED 0.808 OF AN ACRE
WARRANTY DEED
VOL. 690, PG. 10 ORSC

(16)
EMMA LINDA FALCON
CALLED 1.00 ACRE
CORRECTION DEED OF GIFT
VOL. 1299, PG. 46 ORSC

(2)
EVELYN GARZA
CALLED 0.19 ACRES
WARRANTY DEED OF GIFT
VOL. 887, PG. 643 ORSC
(TRACT No. TWO)

ALEJO CLARKE, JR.
GIFT WARRANTY DEED
DOC. NO. 2020—356372 ORSC

(5)
AURORA LOPEZ, ET AL
CALLED 3.0966 ACRES
FINAL JUDGEMENT
CAUSE No. 2232
VOL. 138, PG. 215 DRSC
(SHARE 1—A)

MARTIN GEORGE JOHNSTON
& LILIA LOPEZ JOHNSTON
WARRANTY DEED
VOL. 162, PG. 472 DRSC

ALEJO CLARKE, JR.
GIFT WARRANTY DEED
DOC. NO. 2020—356371 ORSC

(8)
CLARISSA YVETTE RIVAS
CALLED 0.01343 ACRE
DEED OF GIFT
VOL. 1033, PG. 1 ORSC

(11)
TOMAS VALADEZ, ET AL
REMAINDER OF
CALLED 5.524 ACRES
FINAL JUDGEMENT
VOL. 138, PG. 215 DRSC
(SHARE 3—B)

(14)
ALFREDO A. SALINAS
& BELINDA A. SALINAS
CALLED 0.2058 ACRES
WARRANTY DEED
VOL. 748, PG. 94 ORSC

(17)
UNION WATER
SUPPLY CORPORATION,
BORROWER
CALLED 1.000 ACRE
DEED OF TRUST
& SECURITY AGREEMENT
VOL. 1405, PG. 321 ORSC
(TRACT 1: OLD WATER PLANT)

(3)
VICTOR VINCENT VICINAIZ, ET AL
CALLED 1.88 ACRES
WARRANTY DEED
VOL. 678, PG. 104 ORSC

(6)
EULOGIO RODRIGUEZ
CALLED 0.1377 ACRES
WARRANTY DEED
VOL. 363, PG. 411 DRSC

(9)
FRANCISCA LOPEZ GARCIA,
ET AL
CALLED 26.71 ACRES
FINAL DECREE OF PARTITION
VOL. 227, PG. 85 DRSC
(SHARE 12)

ANTONIO GARCIA
WARRANTY DEED
VOL. 364, PG. 165 DRSC

SALVADOR BARAJAS
& NORA EDNA G. BARAJAS
WARRANTY DEED
VOL. 426, PG. 805 DRSC

(12)
UNITED STATES OF AMERICA
CALLED 582.548 ACRES
WARRANTY DEED
VOL. 609, PG. 258 ORSC
"TRACT (620)"

(15)
THERESA FALCON SAENZ
CALLED 0.505 OF ONE ACRE
DEED OF GIFT
VOL. 1197, PG. 537 ORSC

(18)
UNITED STATES OF AMERICA
ORDER OF POSSESSION
CIVIL ACTION No. 7:08—CV—66

   

**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1616

| | | | | BY | DATE |
|---|---|---|---|---|---|
| | | Drawn | LMK | 1/24 |
| | | Checked | LMK | 1/24 |
| | | Surveyor | JDB | 1/24 |
| | | Fld.Bk. # | 188BBS-T4-B8 |

**METES & BOUNDS SURVEY**
**SYLVIA LOPEZ, ET AL**
**TRACT No. RGV-RGC-8022**
STARR COUNTY                    TEXAS

Drawing SHEET 5 OF 6 Ret. No.

| Mark | Description | Date | Appr |
|---|---|---|---|
| 1 | Add PF235 Easement | 2/21/20 |
| 2 | Boundary revision | 8/24/20 |
| 3 | Owner revision | 2/1/24 |
| 4 | Owner revision | 3/2/24 |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W9127S-18-F-0139

TEXAS LICENSED SURVEYING FIRM
84F ENGINEERING, INC.
NO. 10193942

**B&F ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6650
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 23-600-00    FILE NAME: RGV-RGC-8022    DATE: 2/2/2024

## SCHEDULE D (Cont.)



Tract:  RGV-RGC-8022
Owner:  Sylvia Lopez, *et. al.*
Acreage:  0.762

# SCHEDULE

# E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-8022
Owners:  Sylvia Lopez, *et. al.*
Acres:  0.762

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals.

Reserving to the owners of the lands identified as Share 3-A, Ventura Vela Survey, Abstract No. 184, Porción 84, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, in conveyance recorded with the Official Records of Starr County, Texas, Volume 138, Page 215, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

# SCHEDULE E (Cont.)



# SCHEDULE

# F

**SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ELEVEN THOUSAND SEVEN HUNDRED FORTY-FOUR DOLLARS AND NO/100 CENTS ($11,744.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| Sylvia Lopez ██████████ Mercedes, TX ████ | **RGV-RGC-8022**<br>Warranty Deed, dated October 12, 1977, recorded on October 19, 1977, in Vol. 407, Page 267/69, Document 1977-95181, Official Public Records, Starr County, TX<br><br>Warranty Deed, dated October 15, 1983, recorded on November 4, 1983, in Vol. 481, Page 152, Document 1983-119706, Official Public Records, Starr County, TX<br><br>Warranty Deed, dated July 15, 2000, recorded on February 13, 2001, in Vol. 886, Page 518, Document 2000-213672, Official Public Records, Starr County, TX |
| Reynaldo Montalvo, Jr. ██████████ Rio Grande City, TX ██████ *(heir of Victor Valadez/Rebecca Valadez Montalvo)*<br><br>Ruben Montalvo, Sr. ██████████ Rio Grande City, TX ██████ *(heir of Victor Valadez/Rebecca Valadez Montalvo)* | **RGV-RGC-8022**<br>Final Judgment, dated April 5, 1945, recorded on April 9, 1945, in Vol. 138, Page 215, Document 1945-22891, Official Public Records, Starr County, TX |

Norma Montalvo Trevino

Alamo, TX
*(heir of Victor Valadez/Rebecca Valadez Montalvo)*

Yolanda Montalvo

Rio Grande City, TX
*(heir of Victor Valadez/Rebecca Valadez Montalvo)*

Sara C. Montalvo

Rio Grande City, TX
*(spouse of Gilberto Montalvo, Sr., deceased - heir of Victor Valadez/Rebecca Valadez Montalvo/Gilberto Montalvo, Sr.)*

Gilberto Montalvo, Jr.

Rio Grande City, TX
*(heir of Victor Valadez/Rebecca Valadez Montalvo/Gilberto Montalvo, Sr.)*

Odessa Jannette Montalvo

San Antonio, TX
*(heir of Victor Valadez/Rebecca Valadez Montalvo/Gilberto Montalvo, Sr.)*

Michael Lee Montalvo

Rio Grande City, TX
*(heir of Victor Valadez/Rebecca Valadez Montalvo/Gilberto Montalvo, Sr.)*

Maricela Romero

Hillsboro, KS
*(heir of Victor Valadez/Elida Valadez)*

Elizabeth Gonzalez
██████████████
Rio Grande City, TX ██████
*(heir of Victor Valadez/Elida Valadez)*

Humberto Valadez
████████████████████
Pharr, TX ████
*(heir of Victor Valadez/Elida Valadez)*

Alberto Valadez
██████████████
San Benito, TX ████
*(heir of Victor Valadez/Elida Valadez)*

Macedonio Romero
█████████████
Mason, TN ██████
*(heir of Victor Valadez/Elida Valadez)*

Jose J. Montalvo
██████████
Rio Grande City, ████████
*(spouse of Maria Del Rosario Montalvo, deceased - heir of Victor Valadez/Maria Del Rosario Valadez)*

Nelda M. Diaz
████████████████
Rio Grande City, TX ████
*(heir of Victor Valadez/Maria Del Rosario Valadez)*

Maria Luisa Montalvo
██████████
Rio Grande City, TX ████████
*(heir of Victor Valadez/Maria Del Rosario Valadez)*

Jose Jesus Montalvo
████████████████
McAllen, TX ██████
*(heir of Victor Valadez/Maria Del Rosario Valadez)*

Leticia L. Lopez
█████████████
Rio Grande City, TX ██████████
*(heir of Victor Valadez/Belta Valadez Lopez)*

Gloria L. Rios
██████████████████
Rio Grande City, TX ███████
*(heir of Victor Valadez/Belta Valadez Lopez)*

Roberto Juan Lopez
██████████████████
Rio Grande City, TX ███████
*(heir of Victor Valadez/Belta Valadez Lopez)*

Jesus Maria Lopez, Jr.
██████████████████
Rio Grande City, TX ███████
*(heir of Victor Valadez/Belta Valadez Lopez)*

Ana Elizabeth Lopez
██████████
Corpus Christi, ████████████
*(spouse of Rene H. Lopez, deceased - heir of Victor Valadez/Belta Valadez Lopez/Rene H. Lopez)*

Rene Homero Lopez
████████████
Corpus Christi, TX ███████
*(heir of Victor Valadez/Belta Valadez Lopez/Rene H. Lopez)*

Yvette Lopez
██████████████████
San Antonio, TX ████████
*(heir of Victor Valadez/Belta Valadez Lopez/Rene H. Lopez)*

Betty Lee Lopez
████████████████
Corpus Christi, TX ████████████
*(heir of Victor Valadez/Belta Valadez*
*Lopez/Rene H. Lopez)*

Olga Valadez Falcon
██████████████████████
Rio Grande City, TX ████████████
*(heir of Victor Valadez)*

Dora Valadez Bosquez
████████████████████████
McAllen, TX ██████████
*(heir of Victor Valadez)*

Alfonso Valadez
██████████████████████
Rio Grande City, TX ████████████
*(heir of Victor Valadez)*

Epifanio "Pipo" Montalvo
██████████████████████
Rio Grande City, TX ████████████
*(heir of Fidela Valadez de*
*Alaniz/Ernestina Alaniz Montalvo)*

Graciela Montalvo
██████████████████████
Roundrock, TX ██████████
*(heir of Fidela Valadez de*
*Alaniz/Ernestina Alaniz Montalvo)*

Jorge Montalvo
████████████████████
Rio Grande City, TX ████████████
*(heir of Fidela Valadez de*
*Alaniz/Ernestina Alaniz Montalvo)*

Mauro Montalvo
████████████████████
Rio Grande City, TX████████████
*(heir of Fidela Valadez de*
*Alaniz/Ernestina Alaniz Montalvo)*

| | |
|---|---|
| Sandra Montalvo ▆▆▆▆▆▆▆▆▆ Mission, TX ▆▆▆▆ *(heir of Fidela Valadez de Alaniz/Ernestina Alaniz Montalvo)* Arturo Montalvo ▆▆▆▆▆▆▆▆▆ Rio Grande City, TX ▆▆▆▆ *(heir of Fidela Valadez de Alaniz/Ernestina Alaniz Montalvo)* Isidra M. Alaniz ▆▆▆▆▆▆▆▆▆ Rio Grande City, TX ▆▆▆▆ *(spouse of Eustolio Alaniz, Jr., deceased - heir of Fidela Valadez de Alaniz/Eustolio Alaniz, Jr.)* Jose Javier Alaniz ▆▆▆▆▆▆▆▆▆ Rio Grande City, TX ▆▆▆▆ *(heir of Fidela Valadez de Alaniz/Eustolio Alaniz, Jr.)* Adan Valadez ▆▆▆▆▆▆▆▆▆ Hockley, TX ▆▆▆▆ *(heir of Encarnacion Valadez/Placido Valadez)* Jose Angel Valadez, Sr. ▆▆▆▆▆▆▆▆▆ Rio Grande City, TX ▆▆▆▆ *(heir of Encarnacion Valadez/Placido Valadez)* Juan Antonio Valadez, Sr. ▆▆▆▆▆▆▆▆▆ Bryan, TX ▆▆▆▆ *(heir of Encarnacion Valadez/Placido Valadez)* | |

Roel Valadez

██████████████

Rio Grande City, TX ██████████
*(heir of Encarnacion Valadez/Placido Valadez)*

Valeriano De La Garza, Jr.
c/o Iliana De La Garza

██████████████

Rio Grande City, TX ██████████
*(spouse of Herminia De La Garza Valadez – heir of Encarnacion Valadez/Herminia De La Garza)*

Amy A. De La Garza

████████████

Rio Grande City, TX ██████████
*(heir of Encarnacion Valadez/Herminia De La Garza)*

Valeriano De La Garza, III

██████████████████

Rio Grande City, TX ██████████
*(heir of Encarnacion Valadez/Herminia De La Garza)*

Iliana A. De La Garza

████████ ████████

Rio Grande City, TX ██████████
*(heir of Encarnacion Valadez/Herminia De La Garza)*

Roberto A. De La Garza

██████████████

Rio Grande City, TX ██████████
*(heir of Encarnacion Valadez/Herminia De La Garza)*

Maria Guadalupe Serna Valadez

████████████████████

Belton, TX ██████████
*(spouse of Rodrigo Valadez, deceased - heir of Encarnacion Valadez/Rodrigo Valadez)*

| | |
|---|---|
| Irasema Valadez<br>███████████<br>Robstown, TX ██████████<br>*(heir of Encarnacion Valadez/Rodrigo Valadez)*<br><br>Dolores Valadez<br>███████████████<br>Belton, TX █████████<br>*(heir of Encarnacion Valadez/Rodrigo Valadez)*<br><br>Rita Valadez<br>████████████<br>Temple, TX ████████<br>*(heir of Encarnacion Valadez/Rodrigo Valadez)*<br><br>Eloy Felix Valadez<br>████████████████<br>Belton, TX ██████████<br>*(heir of Encarnacion Valadez/Rodrigo Valadez)*<br><br>Amalia Valadez Solis<br>████████████<br>Freeport, TX █████████<br>*(heir of Encarnacion Valadez)*<br><br>Amelia Del Angel Valadez<br>████████████<br>Rio Grande City, TX ██████████<br>*(spouse of Gustavo Valadez, Jr., deceased – heir of Gustavo Valadez, Sr./Gustavo Valadez, Jr.)*<br><br>Brigitte G. Valadez<br>████████████████<br>Angleton, TX ██████████<br>*(heir of Gustavo Valadez, Sr./Gustavo Valadez, Jr.)* | |

| | |
|---|---|
| Diana S. Valadez<br>████████████<br>Corpus Christi, TX ████<br>*(spouse of Armando G. Valadez, Sr. –*<br>*heir of Gustavo Valadez, Sr./Armando*<br>*G. Valadez, Sr.)*<br><br>Armando G. Valadez, Jr.<br>████████████████<br>Corpus Christi, TX ████<br>*(heir of Gustavo Valadez,*<br>*Sr./Armando G. Valadez, Sr.)*<br><br>Edward Valadez<br>████████████<br>Corpus Christi, TX ████<br>*(heir of Gustavo Valadez,*<br>*Sr./Armando G. Valadez, Sr.)*<br><br>Jerry Valadez<br>██████████████<br>San Antonio, TX ████<br>*(heir of Gustavo Valadez,*<br>*Sr./Armando G. Valadez, Sr.)*<br><br>Brenda Lee Valadez<br>██████████<br>Corpus Christi, TX ████<br>*(heir of Gustavo Valadez,*<br>*Sr./Armando G. Valadez, Sr.)*<br><br>Unknown Heirs of Ventura Valadez | |
| Olga Linda Valadez<br>████████████<br>Rio Grande City, TX ██████<br>*(heir of Melecio Valadez)* | **RGV-RGC-8022**<br>Affidavit of Facts Concerning the Identity of Heirs recorded July 24, 2007, in Vol. 1154, Page 741, Document 2007-00267501, Official Public Records, Starr County, Texas |
| Charles David Valadez, Sr.<br>██████████████<br>Spicewood, TX ██████<br>*(heir of Ventura Soto Valadez,*<br>*Sr./Ventura Soto Valadez, Jr.)* | **RGV-RGC-8022**<br>Final Judgment, dated April 5, 1945, recorded on April 9, 1945, in Vol. 138, Page 215, Document 1945-22891, Official Public Records, Starr County, TX |

| | |
|---|---|
| David Joe Valadez<br>▮▮▮▮▮▮▮▮▮▮▮<br>Mission, TX ▮▮▮▮▮<br>*(heir of Ventura Soto Valadez, Sr./Ventura Soto Valadez, Jr.)*<br><br>Robert Allen Valadez<br>▮▮▮▮▮▮▮▮▮▮▮▮<br>San Antonio, TX ▮▮▮▮<br>*(heir of Ventura Soto Valadez, Sr./Ventura Soto Valadez, Jr.)*<br><br>Eloisa C. Garza<br>▮▮▮▮▮▮▮▮▮<br>Mission, TX ▮▮▮▮▮<br>*(spouse of Eduardo "Ed" Garza, Jr. – heir of Ventura Soto Valadez, Sr./Dora S. Valadez Garza/Eduardo "Ed" Garza, Jr.)*<br><br>Ongela Garza Abudawoud<br>▮▮▮▮▮▮▮▮▮▮<br>Richmond, TX ▮▮▮▮▮<br>*(heir of Ventura Soto Valadez, Sr./Dora S. Valadez Garza/Eduardo "Ed" Garza, Jr.)*<br><br>Katrina Garza<br>▮▮▮▮▮▮▮▮▮▮<br>Haskell, OK ▮▮▮▮▮<br>*(heir of Ventura Soto Valadez, Sr./Dora S. Valadez Garza/Eduardo "Ed" Garza, Jr.)*<br><br>Anna Marie McCrory<br>▮▮▮▮▮▮▮▮▮<br>Santa Rosa, TX ▮▮▮▮▮<br>*(heir of Ventura Soto Valadez, Sr./Dora S. Valadez Garza)*<br><br>Brian McCrea<br>▮▮▮▮▮▮▮▮▮<br>Mission, TX ▮▮▮▮▮<br>*(spouse of Rebecca Garza McCrea – heir of Ventura Soto Valadez,* | |

| | |
|---|---|
| *Sr./Dora S. Valadez Garza/Rebecca Garza McCrea)*<br><br>Siobhan A. McCrea<br>████████████<br>Mission, TX ████████<br>*(heir of Ventura Soto Valadez, Sr./Dora S. Valadez Garza/Rebecca Garza McCrea)*<br><br>Devin McCrea<br>████████████<br>Mission, TX ████████<br>*(heir of Ventura Soto Valadez, Sr./Dora S. Valadez Garza/Rebecca Garza McCrea)*<br><br>Annik Alaniz<br>████████████<br>Canyon Lake, TX ████████<br>*(heir of Ventura Soto Valadez, Sr./Dora S. Valadez Garza/Rebecca Garza McCrea)*<br><br>Cynthia Imelda Valadez<br>████████████<br>Taylor, TX ████████<br>*(heir of Ventura Soto Valadez, Sr./Oscar R. Valadez, Sr.)*<br><br>Oscar Ruben Valadez, Jr.<br>████████████<br>Seymour, TX ████████<br>*(heir of Ventura Soto Valadez, Sr./Oscar R. Valadez, Sr.)*<br><br>Daniel David Valadez<br>████████████<br>Phoenix, AZ ████████<br>*(heir of Ventura Soto Valadez, Sr./Oscar R. Valadez, Sr.)*<br><br>Noel Dennis Valadez<br>████████████<br>Mesquite, TX ████████ | |

| | |
|---|---|
| *(heir of Ventura Soto Valadez, Sr./Oscar R. Valadez, Sr.)*<br><br>Alex Xavier Valadez<br>█████████<br>Keller, TX █████████<br>*(heir of Ventura Soto Valadez, Sr./Oscar R. Valadez, Sr.)*<br><br>Liliana Gloria Valadez Beavers<br>█████████<br>Mesquite, TX █████████<br>*(heir of Ventura Soto Valadez, Sr./Oscar R. Valadez, Sr.)*<br><br>Garrett Valadez<br>c/o Patti Ann Priesing<br>█████████<br>Dallas, TX █████████<br>*(heir of Ventura Soto Valadez, Sr./Oscar R. Valadez, Sr./Joel Rene "Jay" Valadez)*<br><br>Jennifer Valadez<br>█████████<br>Omaha, NE █████████<br>*(heir of Ventura Soto Valadez, Sr./Oscar R. Valadez, Sr./Joel Rene "Jay" Valadez)*<br><br>Brandon Valadez<br>█████████<br>Galveston, TX █████████<br>*(heir of Ventura Soto Valadez, Sr./Oscar R. Valadez, Sr./Joel Rene "Jay" Valadez)*<br><br>Manuel Valadez, Jr.<br>█████████<br>Dallas, TX █████████<br>*(heir of Ventura Soto Valadez, Sr./Manuel Valadez, Sr.)* | |

| | |
|---|---|
| George Valadez<br>▉▉▉▉▉▉▉▉▉▉<br>Lake Jackson, TX ▉▉▉▉▉▉<br>*(heir of Ventura Soto Valadez,*<br>*Sr./Manuel Valadez, Sr.)*<br><br>Silvia Valadez Robinson<br>▉▉▉▉▉▉▉▉▉▉▉▉<br>McAllen, TX ▉▉▉▉▉▉<br>*(heir of Ventura Soto Valadez,*<br>*Sr./Manuel Valadez, Sr.)*<br><br>Javier Antonio Valadez<br>▉▉▉▉▉▉▉▉<br>Dallas, TX ▉▉▉▉▉▉<br>*(heir of Ventura Soto Valadez,*<br>*Sr./Manuel Valadez, Sr.)*<br><br>Unknown Heirs of Ventura Soto<br>Valadez, Sr. | |
| Alejo Clarke, Jr.<br>▉▉▉▉▉▉<br>Rio Grande City, TX ▉▉▉▉▉ | **RGV-RGC-8022**<br>Property ID No. 26985<br>Geo No. 00184-08400-00301-<br>000400 |
| Ameida Salinas<br>Starr County Tax Assessor – Collector<br>100 N. FM 3167, Ste. 201<br>Rio Grande City, TX 78582 | **RGV-RGC-8022**<br>Alejo Clarke, Jr.<br>Property ID No. 26985<br>Geo No. 00184-08400-00301-<br>000400<br><br>Fidela V. Alaniz Heirs<br>Property ID No. 227<br>Geo No. 00184-08400-00301-<br>000000<br><br>Sylvia Lopez<br>Property ID No. 34063<br>Geo No. 00184-08400-00301-<br>000300<br><br>Victor Valadez Estate<br>Property ID No. 27013<br>Geo No. 00184-08400-00301-<br>000500 |